People v Bouderau (2025 NY Slip Op 07395)

People v Bouderau

2025 NY Slip Op 07395

Decided on December 31, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LINDA CHRISTOPHER
BARRY E. WARHIT
ELENA GOLDBERG VELAZQUEZ, JJ.

2024-04217
 (Ind. No. 73673/22)

[*1]The People of the State of New York, respondent,
vRaymond Bouderau, appellant.

Scott Lockwood, Deer Park, NY, for appellant.
Raymond A. Tierney, District Attorney, Riverhead, NY (Christopher Turk and Marion Tang of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Suffolk County (John B. Collins, J.), rendered May 14, 2024, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Lopez, 6 NY3d 248, 256; People v Guin, 229 AD3d 567, 567; People v Orta, 169 AD3d 932, 932). Despite the defendant's contention to the contrary, his valid waiver of his right to appeal precludes appellate review of his challenge to the denial of his statutory speedy trial motion (see People v Smith, 237 AD3d 1111, 1112; People v McLeod, 235 AD3d 999, 1000; People v Gore, 224 AD3d 848, 848).
CONNOLLY, J.P., CHRISTOPHER, WARHIT and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court